UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOLECULAR DIAGNOSTICS LABORATORIES,<br><br>      Plaintiff,<br><br>v.<br><br>HOFFMANN-LA ROCHE INC., ROCHE MOLECULAR SYSTEMS, INC., ROCHE DIAGNOSTICS CORPORATION, PE CORPORATION, PE BIOSYSTEMS GROUP, THE PERKIN-ELMER CORPORATION, PE APPLIED BIOSYSTEMS, and APPLERA CORPORATION,<br><br>      Defendants. | Civil Action No. 1:04CV01649 (HHK)<br><br>CLASS ACTION |

### CLASS PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF FORM AND MANNER OF NOTICE OF SETTLEMENT TO THE CLASS

In support of the proposed settlement between Class Plaintiffs and all Defendants – Hoffmann-La Roche Inc., Roche Molecular Systems, Inc., and Roche Diagnostic Corporation (collectively, "Roche") and PE Corporation, PE Biosystems Group, the Perkin-Elmer Corporation, PE Applied Biosystems, and Applera Corporation (now known as Applied Biosystems Inc.) (collectively, "Applera") – Class Plaintiffs hereby move, pursuant to Federal Rule of Civil Procedure 23, that this Court:

  1.  Preliminarily approve the proposed Settlement Agreement, attached as Exhibit 1 to the accompanying Memorandum;

  2.  Approve the Notice of the Settlement to the Class, and direct that it be disseminated in the form and manner described in the Settlement Agreement and accompanying Memorandum;

3.  Establish a process for final approval of the proposed Settlement and its terms and fix a date for a fairness hearing to consider the Settlement;

4.  Establish deadlines for, *inter alia*, objections to the Settlement; and

5.  Stay all proceedings in the above-captioned action until the Court renders a final decision regarding the approval of the proposed Settlement.

A proposed Order setting forth the relief requested is submitted herewith. Defendants consent to the relief requested in the proposed Order.

Dated: September 26, 2008                                  Respectfully submitted,

*Michael D. Hausfeld /BAR*
Michael D. Hausfeld (D.C. Bar #153742)
Brian A. Ratner (D.C. Bar #473284)
Cohen, Milstein, Hausfeld
  & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005
Tel: 202-408-4600
Fax: 202-408-4669

Steig D. Olson
Cohen, Milstein, Hausfeld
  & Toll, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022-6017
Tel: 212-838-7797
Fax: 212-838-7745

William A. Isaacson (D.C. Bar #414788)
Scott E. Gant (D.C. Bar #455392)
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC  20015
Tel: 202-237-2727
Fax: 202-237-6131

**Co-Lead Counsel for Class Plaintiffs**

## CERTIFICATE OF SERVICE

I, Brian A. Ratner, hereby certify that on this 26th day of September, 2008, I served true and correct copies of Class Plaintiffs' Motion for Preliminary Approval of Settlement and Approval of Form and Manner of Notice of Settlement to the Class and Memorandum in Support by electronic service to all counsel of record pursuant to the Court's electronic filing system.

_____
Brian A. Ratner